WALTON v. RYAN.

Appeal and Error—Findings—Conclusiveness.
   Where in a case tried to the court without a jury, the evidence
   is conflicting, but there is testimony which, if believed, justi-
   fies the findings, the judgment will be affirmed.

Error to Kent; Wolcott, J. Submitted July 21, 1905.
(Docket No. 178.)   Decided September 28, 1905.

Assumpsit by Terry Walton against Otis H. Ryan for
breach of warranty in the sale of a horse. There was
judgment for plaintiff, and defendant brings error. Af-
firmed.

*McBride & Connell*, for appellant.
*Rodgers & Rodgers*, for appellee.

Moore, C. J. This case was commenced in justice's
court. It was appealed to the circuit court, where it was
tried by the judge without a jury. Several witnesses
were sworn on the part of each of the parties to the litiga-
tion. The judge made findings of fact and law, and ren-
dered a judgment in favor of the plaintiff. The defendant
asked the judge to amend his findings in such a way as
would result in a judgment for defendant. This the judge
declined to do. Exceptions were taken to said denial and
to the findings as made. A motion was then made for a
new trial, which motion was denied. The case is brought
here by writ of error.

It would profit no one to take up each of the assign-
ments of error. An examination of the record shows tes-
timony which, if believed, justified the findings made by
the judge. See *Cole* v. *Shaw*, 103 Mich. 505; *Lamor-
eaux* v. *Creveling*, 103 Mich. 501; *Crockett* v. *Bearce*,
104 Mich. 257; *Boyle* v. *Walsh*, 105 Mich. 237; *Painter*

v. *Ledyard,* 109 Mich. 568; *Fuller* v. *Ehle,* 116 Mich. 13; *Childs* v. *Nordella,* 116 Mich. 511; *Morse* v. *Blanchard,* 117 Mich. 37.

Judgment is affirmed.

CARPENTER, MCALVAY, GRANT, and BLAIR, JJ., concurred.